IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08cr164-DPJ-JCS

GLENN SMITH

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Original Indictment against GLENN SMITH without prejudice. The defendant has been sentenced on an information.

STAN HARRIS
United States Attorney

By: S/J. Scott Gilbert
J. Scott Gilbert
Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**SO ORDERED AND ADJUDGED** this the 13th day of October, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE